# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ARGELIO SAEZ, #A 078479970**

    **Petitioner,**

**vs.**                                                 **CASE NO. 4:13cv525-MW/CAS**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## REPORT AND RECOMMENDATION

Petitioner, a detainee proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. Petitioner did not, however, pay the $5.00 filing fee or file an application for leave to proceed in forma pauperis. An Order was entered on September 25, 2013, directing Petitioner to either pay the filing fee or file an in forma pauperis motion. Doc. 3. The Order was sent to Petitioner at the address listed by Petitioner on the petition at the Krome Service Processing Center in Miami. Doc. 1 at 3. On October 24, 2013, the Order was returned to the Court with the stamped notation indicating the mail was "Unclaimed." Doc. 4. Although Immigration and Customs Enforcement maintains a website where it is often possible to determine a detainee's

current whereabouts, the Court is unable to locate Petitioner because his country of birth is unknown.

Because Petitioner has not kept the Court informed as to his whereabouts and the Court is unable to mail Orders to Petitioner, this case should be dismissed without prejudice. Should this Order be deliverable to Petitioner, he should **immediately** file a motion for reconsideration to avoid dismissal and continue this case.

In light of the foregoing, it is respectfully **RECOMMENDED** that the § 2241 petition filed by ARGELIO SAEZ, A078-479-970, be **DISMISSED without prejudice** for failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on October 25, 2013.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**