IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ARGELINO SAEZ.

   Petitioner,

v.             CASE NO. 4:13-cv-525-MW/CAS

STATE OF FLORIDA,

   Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 5, filed October 25, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "The §2241 petition filed by Petitioner is **DISMISSED without prejudice** for failure to prosecute."

The Clerk shall close the file.

**SO ORDERED on November 18, 2013.**

               s/Mark E. Walker     
               **United States District Judge**